COPY

1  MATLOCK LAW GROUP, P.C.
2  Anne-Leith Matlock (SBN 244351)
   K. Brian Matlock (SBN 243812)
3  1485 Treat Blvd., Suite 200
   Walnut Creek, CA 94597
4  Telephone: (925) 944-7131
   Facsimile:  (925) 944-7138
5
6  Attorneys for Plaintiff:
   Hawaiian Art Network, LLC
7



FILED
CLERK, U.S. DISTRICT COURT

APR 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

8
9              UNITED STATES DISTRICT COURT
10         FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12  HAWAIIAN ART NETWORK,           CASE NO. :  CV 12-3427
    LLC, a Hawaiian Limited
13  Liability Corporation,          COMPLAINT FOR:

14                                  1. COPYRIGHT INFRINGEMENT COUNT 1
                   Plaintiff,       2. DMCA VIOLATION COUNT 2
15
              v                     DEMAND FOR JURY TRIAL
16
17  THE SCOTT, LLC and DOES 1-10,
    inclusive,
18
19                 Defendants.
20
21
22
23

24      Plaintiff Hawaiian Art Network, LLC, ("HAN LLC") a Hawaiian limited liability

25  corporation by its attorneys, hereby complain against The Scott, LLC ("The Scott"), a California

26  limited liability company, and DOES 1-10 , (collectively "Defendants") and allege as follows:

27  //

28  //

COMPLAINT                          1

EXHIBIT 1        EXHIBIT 2        EXHIBIT 3

## I. JURISDICTION AND VENUE

1.      This court has exclusive subject matter jurisdiction over the federal copyright infringement claims under 28 U.S.C. §§ 1331 and 1338.

2.      This court has personal jurisdiction over defendant The Scott because it either resides in this district, is doing business in this district, or the alleged unlawful acts have occurred in this district.

3.      Venue is proper in this district under 28 U.S.C. § 1391(b)-(d) and § 1400(a) because The Scott has a registered entity address in this district.

## II. THE PARTIES

4.      Plaintiff Hawaiian Art Network, LLC is a Hawaiian limited liability company with its principle place of business at 1888 Kalakaua Avenue, Suite C312, Honolulu, Hawaii 96815.

5.      Upon information and belief, defendant The Scott is a limited liability company with its principal place of business located at 960 Stradella Rd, Los Angeles, CA, and has a listed business contact, Ms. Kathleen Conway at the same address.

6.      The identities of defendants Does 1-100 are presently unknown, and this Complaint will be amended to include the names of those individuals and/or entities when such information becomes available.

## III. FACTS COMMON TO ALL CAUSES OF ACTION

7.      Professional photographer Mr. V.K. Tylor owns the copyright in the three images Haena Beach, Spouting Horn-foliage, and Secluded Falls (collectively, the "V.K. Tylor Images"), which were registered with the U.S. Copyright Office under registration number VA 1-696-555 issued on December 17, 2009. The certificate of registration and a list of images submitted for the registration are attached hereto as **Exhibit 1**, and incorporated herein by reference.

8.      Plaintiff HAN LLC is an exclusive licensee of the V.K. Tylor Images through exclusive licenses and is authorized to bring lawsuits on behalf of Mr. V.K. Tylor to enforce the copyright of the licensed images for current and/or past infringement.

9.     Plaintiff HAN LLC has posted the V.K. Tylor Images at its website www.hawaiipictures.com. The images include Mr. V.K. Tylor's signature at the lower right corner as a copyright identification mark.

10.    Various-usages of the V.K. Tylor Images are available for license at www.hawaiipictures.com.

11.    On www.hawaiipictures.com, the "Terms of Use" section, under the heading "Ownership," it is clearly stated that "No material or Artwork from HawaiiPictures.com may be reproduced, published, or distributed."

12.    On information and belief, Defendants operate the website www.the-scott.com ("Defendants' Website"), which is the official website for The Scott, LLC.

13.    The webpages at Defendants' Website are marked "The Scott ©2010 " at the bottom of the pages.

14.    Defendants used Plaintiff's images on Defendants' Website without permission at least up until about September 14, 2011.

15.    The manner of infringement is described in the following paragraphs. The original pictures and evidence of infringement are attached hereto as **Exhibit 2**, and incorporated herein by this reference.

16.    Mr. Tylor's Image "Haena Beach" was used at:

        Page URL:     http://www.the-scott.com/Specialthanks.html

        (Image is used as a ¼ - page image at center of page)

        Image URL:    http://www.the-scott.com/images/Banner10.jpg

17.    Mr. Tylor's Image "Spouting Horn-foliage" was used at:

        Page URL:     http://www.the-scott.com/Concierge.html

        (Image is used as a ¼ - page image at center of page)

        Image URL:    http://www.the-scott.com/New%20stuff/TSPic3Brochure.jpg

18.    Mr. Tylor's Image "Spouting Horn-foliage" was used at:

        Page URL:     http://www.the-scott.com/ebrochure/, page 10

        (Image is used as a ½ - page image on an ebrochure)

19.     Mr. Tylor's Image "Secluded Falls" was used at:

    Page URL:     http://www.the-scott.com/ebrochure/, page 36

    (Image is used as a ½ - page image on an ebrochure)

20.     According to godaddy.com's WhoIs search, the website www.the-scott.com is registered by Ms. Kathleen Conway, The Scott LLC's business contact. Attached hereto as **Exhibit 3**, and incorporated herein by reference is a printout of the WhoIs search web page.

21.     Matlock Law Group on behalf of the Plaintiff sent a cease and desist letter to The Scott by postal mail and email to info@the-scott.com on or about September 13, 2011. The letter demanded removal of the infringing images and payment for damages.

22.     The infringing images were removed from Defendants' website after the cease and desist letter was sent.

23.     When Defendants failed to contact Matlock Law Group regarding payment for damages, Matlock Law Group on behalf of the Plaintiff sent a second demand letter to THE SCOTT requesting Defendants to pay damages, by postal mail and email to info@the-scott.com on or about October 14, 2011.

24.     Defendants, via counsel Ms. Mary L. Grieco, in an email dated Oct. 24, 2011, requested copyright registration information and stated that she would investigate and respond substantively soon.

25.     Matlock Law Group replied via fax and email to Ms. Grieco with the requeted copyright information on Oct. 28, 2011.

26.     When there had been no answer to the email of Oct. 28, 2011, Matlock Law Group called and left a voice message with Ms. Grieco on or about Dec. 13, 2011. The call has not been returned.

27.     Matlock Law Group has not heard from Defendants since Oct. 24, 2011.

28.     The unauthorized use of Plaintiff's proprietary content has caused lost revenues, harmed their contractual relationships between past, current or future customers, and has interfered with prospective economic advantage of the Plaintiff.  This use jeopardizes Plaintiff's ability to continue to develop and serve its customers.  Defendants' use of Plaintiff's images

1   falsely gives the impression that Defendants are somehow related to Plaintiff. Plaintiff will

2   continue to suffer irreparable harm if Defendants continue the unlawful use.

3   **COUNT ONE**

4   **(For Violation of the Federal Copyright Act, 17 USC §101 *et seq*. with respect to**

5   **Copyright Registration Number VA 1-696-555)**

6       29.    Plaintiff incorporates the allegations of paragraphs 1 through 28 above as though

7   fully set forth herein.

8       30.    As alleged hereinabove, the Defendants have infringed upon original, creative,

9   visual art work of Mr. V.K. Tylor, exclusively licensed to HAN LLC, Copyright Registration

10  number VA 1-696-555, titles of works: Haena Beach, Spouting Horn-foliage, and Secluded

11  Falls, by using the same in a manner not authorized by the Plaintiff, i.e., copying, distributing,

12  public displaying, and/or making derivative works.

13      31.    Upon information and belief, Defendants have intentionally and willfully

14  infringed Plaintiff's copyright.

15      32.    Upon information and belief, Defendants have intentionally and willfully

16  violated the Federal Copyright Act, Title 17 U.S.C. §101 *et seq*. (the "Copyright Act"), thereby

17  entitling Plaintiff to all remedies provided by the Copyright Act including actual or statutory

18  damages, and other relief provided by the Copyright Act.

19      33.    Said infringement entitles Plaintiff to actual and statutory damages, injunctive

20  and other relief provided by the Copyright Act.

21  **COUNT TWO**

22  **(For Violation of the Digital Millennium Copyright Act, 17 USC §1202(b) *et seq*. with**

23  **respect to Copyright Registration Number VA 1-696-555)**

24      34.    Plaintiff incorporates the allegations of paragraphs 1 through 33 above as though

25  fully set forth herein.

26      35.    Mr. V.K. Tylor's signature at the lower right corners of the images Haena Beach,

27  Spouting Horn-foliage, and Secluded Falls (the "V.K. Tylor Images") indicate the authorship of

28  these images and constitute copyright management information.

36.     The V.K. Tylor Images displayed on Defendants' website www.the-scott.com were cropped, and Mr. V.K. Tylor's signature was thereby removed.

37.     Upon information and belief, Defendants without permission willfully and intentionally cropped the images, removed Mr. V.K. Tylor's signature therefrom, and thereby removed the copyright management information without the authority of the copyright owner.

38.     Upon information and belief, Defendants have intentionally and willfully violated the Digital Millennium Copyright Act, 17 U.S.C. §1202(b) *et seq.,* thereby entitling Plaintiff to all remedies provided by the Digital Millennium Copyright Act including actual or statutory damages, and other reliefs provided by the Act.

39.     Said violation entitles Plaintiff to all remedies provided by the Digital Millennium Copyright Act including actual or statutory damages, injunctive, and other reliefs provided by the Act.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Hawaiian Art Network, LLC prays for judgment:

(a)     that Defendants directly infringed one or more exclusive rights belonging to the Plaintiff in violation of the Federal Copyright Act, 17 USC § 101 *et seq.*;

(b)     permanently enjoin Defendants from further infringement of the copyrighted subject matter herein pursuant to 17 U.S.C § 502;

(c)     award Plaintiff damages in an amount adequate to compensate for Defendants' infringement including an accounting of any and all profits derived by its illegal acts;

(d)     award Plaintiff statutory damages for the copyright infringement of three works pursuant to Federal Copyright Act, 17 USC § 101 *et seq.;*

(e)     that defendants infringed Plaintiff's copyright willfully;

(f)     award Plaintiff statutory damages for willful copyright infringement of three works pursuant to Federal Copyright Act, 17 USC § 101 *et seq.*;

(g)     that Defendants violated one or more exclusive rights belonging to the Plaintiff in violation of the Digital Millennium Copyright Act, 17 U.S.C. §1202(b) *et seq.*;

(h)     award Plaintiff statutory damages for violation of three works pursuant to Digital Millennium Copyright Act, 17 U.S.C. §1203(c) *et seq.*;

(i)      award Plaintiff attorneys' fees;

(j)      award Plaintiff the costs and expenses incurred in this action;

(k)     award Plaintiff pre and post-judgment interest at the maximum allowable rate under the law; and

(l)      grant Plaintiff other and further reliefs the court deems proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demand a trial by jury for issues so triable.

DATED: April 16, 2012                    MATLOCK LAW GROUP, PC

By: _K. Brian Matlock_
K. Brian Matlock
Attorneys for Plaintiff
Hawaiian Art Network, LLC

# EXHIBIT  1

**Additional Certificate (17 U.S.C. 706)**
## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-696-555

**Effective date of
registration:**

December 17, 2009

---

## Title

**Title of Work:** Hawaii 2000

## Completion/ Publication

**Year of Completion:** 2000

**Date of 1st Publication:** January 1, 2000     **Nation of 1st Publication:** United States

## Author

- **Author:** Vincent Khoury Tylor, dba  Hawaiian LandMark Images

   **Author Created:** photograph(s)

   **Work made for hire:** No

   **Citizen of:** United States     **Domiciled in:** United States

   **Year Born:** 1962

## Copyright claimant

**Copyright Claimant:** Vincent Khoury Tylor

P.O. Box 510164, Kealia, HI, 96751, United States

## Rights and Permissions

**Organization Name:** Hawaiian LandMark Images

**Name:** Michele Lynn Tylor

**Email:** michele@hawaiianphotos.net     **Telephone:** 808-823-1263

**Address:** P.O.Box 510164

Kealia, HI 96751  United States

## Certification

**Name:** Michele L. Tylor

**Date:** December 17, 2009

Page 1 of 2

**Additional Certificate (17 U.S.C. 706)**

**Registration #:**   VA0001696555

**Service Request #:**   1-298994281

Hawaiian LandMark Images
Michele Lynn Tylor
P.O.Box 510164
Kealia, HI 96751  United States

VA0001696555 image list
The following files were successfully uploaded for service request 1-298994281:

A-01 Hammock NEW Web-LG.jpg
A-02-B Big Wave Web-LG.jpg
A-03 Monk Seal stomach WEB-LG.jpg
A-03 Monk Seal-back Web-LG.jpg
A-04 Hawaiian Sea Turtle Web-LG.jpg
A-05Monk Seal with Pup Web-LG.jpg
A-06 Nene Geese Web-LG.jpg
A-06-C Nene Goose Web-LG.jpg
A-07 Surfers at Dusk Web-LG.jpg
A-08 Golf Hawaii Web-LG.jpg
A-09 Palm Sunset Web-LG.jpg
A-10 Island Sunset WEb-LG.jpg
A-11 Hawaiian Sunset Web-LG.jpg
A-12-B LaniKai-girl Web-LG.jpg
A-13 Rooster w-Rock LG.jpg
A-14 Tropical Lagoon Web-LG.jpg
A-15 Secluded Falls Web-LG.jpg
A-16 Horses inn Hawaii Web-LG.jpg
A-17 NaPali Sunset wide Web-LG.jpg
A-19 Snorkel Hawaii Web-LG.jpg
A-20 Surfer at Twilight Web-LG.jpg
A-21 Blue Sky Sunset Web-LG.jpg
A-23B Bali Hai Sunset Web-LG.jpg
A-24 Tropical Day Web-LG.jpg
A-27 South Pacific sunset WEb-Lg.jpg
A-28 Emerald waters web-LG.jpg
A-30 A Day at the beach Web-LG.jpg
A-35 Coastal Colors Web-LG.jpg
B-01-A Rainbow Falls Web-LG.jpg
B-01-B Raimbow Falls Web-LG.jpg
B-02 Punaluu Black Sand Beach Web-LG.jpg
B-03 Waipio Valley Web-LG.jpg
B-03-T Waipio Valley Trees Web-LG.jpg
B-04 Anaehoomalu Bay Sunset Web-LG.jpg
B-05-B Pololo Sunrise Web-LG.jpg
B-06 Magic Sands Beach Web-LG.jpg
B-07 Akaka Falls Hor Web-LG.jpg
B-07-V Akakka Falls vertical Web-LG.jpg
B-09 Hapuna Beach South Web-LG.jpg
B-09-N Hapuna Beach North Web-LG.jpg
B-10 Secluded Cove Web-LG.jpg
B-12 Kona Coast Web-LG.jpg
B-18 Green Beach Web-LG.jpg
B-18-BGreen Beach Web-LG.jpg
B-19 Pololu Valley Wide WEB-LG.jpg
B-20 Pololu Ocean view Web-LG.jpg
F-01 Yellow Hibiscus Web-LG.jpg
F-02 Bird of Paradise W-Friend Web-LG.jpg
F-02-B Bird of Paradise Web-LG.jpg
F-03 Red Hibiscus Web-LG.jpg
F-05 Wild Orchids old Web-LG.jpg
F-07 Plumeria Web-LG.jpg
K-02-B Spouting Horn Sunset Web-LG.jpg
K-04-B Kilauea Lighthouse Web-LG.jpg
K-04-V Kilauea Lthouse vert Web-LG.jpg
K-05 Waimea Sunset old Web-LG.jpg
K-06-A Wailua Falls vertical Web-LG.jpg
K-06-B Wailua Falls Rainbow Web-LG.jpg
K-06-C Wailua Falls-Heavy Rain Web-LG.jpg
K-07 Kalalau Valley Ridges Web-LG.jpg
K-07-N Kalalau Valley wide Web-LG.jpg

VA0001696555 image list

K-08 Kee Beach Web-LG.jpg
K-10 Hanalei Valley Web-LG.jpg
K-11 Spouting Horn-foliage Web-LG.jpg
K-11-B Spouting Horn Web-LG.jpg
K-12 Lumahai beach Web-LG.jpg
K-16 Hanalei Kayaker Web-LG.jpg
K-20 Waimea Canyon Web-LG .jpg
K-20-B Waimea Canyon wide Web-LG.jpg
K-21 Fern Grotto Web-LG.jpg
K-22 Opaekaa Falls Web-LG.jpg
K-23 NaPali Sunset old Web-LG.jpg
K-24-B Kealia Beach Web-LG.jpg
K-26 Hanapepe Lookout Web-LG.jpg
K-27 NaPali Coast web-LG.jpg
K-28 Hanalei Pier day Web-LG.jpg
K-33-B Rooster Crowing Web-LG.jpg
K-35 Mahalapuu WEB-LG.jpg
K-36 Haena Beach Web-LG.jpg
K-38 Taro Fields of Hanalei Web-LG.jpg
K-39 Shipwrecks Beach Web-LG.jpg
K-41 Tunnels Beach Web-LG.jpg
M22-A Honolua Bay Web-LG.jpg
M24-C Black Sand Beach Web-LG.jpg
M-01 End of Hana Web-LG.jpg
M-02 Wailua Falls web-LG.jpg
M-03 Iao Needle Sunset Web-LG.jpg
M-04 West Maui Mountains old Web-LG.jpg
M-05 Kihei Beach Web-LG.jpg
M-06 Haleakala Sunrise Web-LG.jpg
M-07 Windsurfers Web-LG.jpg
M-09 Alau Isle sunrise Web-LG.jpg
M-11 7 Pools Waterfalls Web-LG.jpg
M-13 Lahaina at Dusk Web-LG.jpg
M-13-B Lahaina Harbour Sunset Web-LG.jpg
M-14 SilverSword Web-LG.jpg
M-16 Maui Tropical Plantation.jpg
M-18 Turquoise lagoon Web-LG.jpg
M-24 Black Beach rocks Web-LG.jpg
M-25 Kaanapali Beach Web-LG.jpg
O-01 Waikiki Pink Boat Web-LG.jpg
O-03 Waikiki Dawn Web-LG.jpg
O-04 LaniKai shore Web-LG.jpg
O-04 LaniKai shoreline Web-LG.jpg
O-05 Chinamans Hat Web-LG.jpg
O-06 Hanauma Bay Wide Web-LG.jpg
O-07 Waimea Falls Web-LG.jpg
O-08 Waikiki from Top of DiamondHead Web-LG.jpg
O-10-V Makapuu Lighthouse Web-LG.jpg
O-11 Waimea Bay Web-LG old.jpg
O-12-B Pali Lookout Web-LG.jpg
O-15 Waikiki Skyview Web-LG.jpg
O-22 Kanehoe Fish Pond Web-LG.jpg
O-23 Waikiki Dusk Web-LG.jpg
O-24 Makapuu Web-LG.jpg
S-02 Last Light in Poipu Web-LG.jpg
S-03 Kauai Golden Sunrise Web-LG.jpg
S-04 Coastal Tranquility Web-LG.jpg
S-06 Fishing at Sunset Web-LG.jpg
S-14 Flat Reef Sunset Web-LG.jpg
S-16 Hawaiian Stormscape Web-LG.jpg
V-03 Lava Closeup Web-LG.jpg
V-04 Where the Rocks Bleed Web-LG.jpg

# EXHIBIT  2

**Mr. Tylor's photograph, Haena Beach**



**SCREENSHOT of Defendants' webpage at:**
http://www.the-scott.com/Specialthanks.html



Exhibit 2                                                                 1

**Mr. Tylor's photograph, Secluded Falls**



**SCREENSHOT of Defendants' webpage at:**
http://www.the-scott.com/ebrochure/, p36



Exhibit 2                                                                                2

**Mr. Tylor's photograph, Spouting Horn-foliage**



**SCREENSHOT of Defendants' webpage at:**
http://www.the-scott.com/ebrochure/, p10



Exhibit 2                                                                           3

**SCREENSHOT of Defendants' webpage at:**
http://www.the-scott.com/Concierge.html



Exhibit 2 4

# EXHIBIT  3

| Username / Customer# | Password | | Forgot Password? | Create Account | USD | empty |

Deals of the Day

24/7 Sales & Support **(480) 505-8877**
Hablamos Español

Our Commercials    Bob's Video Blog    Help & Forums

WHOIS Domain Check

**Domains   Hosting   Email   Websites   Search Engines   SSL & Security   Resellers   Affiliates   Auctions   My Account**

## WHOIS search results for:
### THE-SCOTT.COM
(Registered)

**Is this your
domain?**
Add hosting, email and more.

**Want to buy
this domain?**
Get it with our Domain Buy service.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information
purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS database in its sole discretion, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by this policy. Network Solutions reserves the right to modify these terms at any time. http://www.networksolutions.com

Registrant:
Conway, Kathleen
PO Box 86153
Los Angeles, CA 90086
US

Domain Name: THE-SCOTT.COM

Administrative Contact, Technical Contact:
Conway, Kathleen info@egirlinvestments.com
PO Box 86153
Los Angeles, CA 90086
US
888.827.7736

Record expires on 11-Apr-2012.
Record created on 11-Apr-2008.
Database last updated on 13-Sep-2011 18:38:06 EDT.

Domain servers in listed order:

NS11.WORLDNIC.COM 205.178.190.6
NS12.WORLDNIC.COM 206.188.198.6

Registrar: NETWORK SOLUTIONS, LLC.
Whois Server: whois.networksolutions.com
Creation Date: 11-APR-2008
Updated Date: 01-FEB-2011
Expiration Date: 11-APR-2012

Nameserver: NS11.WORLDNIC.COM
Nameserver: NS12.WORLDNIC.COM

Registry Status: clientTransferProhibited

See Underlying Registry Data

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand against internet squatters who could try to buy up these names in the hopes of selling them to you at an inflated price. It also enables you to capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

| Alternate TLDs | | |
|---|---|---|
| ☐ the-scott.co | SAVE! | $17.99*/yr |
| ☐ the-scott.info | SAVE! | $1.99*/yr |
| ☐ the-scott.net | SAVE! | $9.99*/yr |
| ☐ the-scott.org | SAVE! | $6.99*/yr |
| ☐ the-scott.us | SAVE! | $3.99*/yr |
| ☐ the-scott.ca | | $12.99/yr |
| ☐ the-scott.mobi | SAVE! | $6.99*/yr |
| ☐ the-scott.biz | SAVE! | $5.99*/yr |
| **Similar Premium Domains** | | |
| ☐ The-Mountain.com | | $499.00* |
| ☐ TheSorbonne.com | | $475.00* |
| ☐ TheOrganicWine.com | | $475.00* |
| ☐ TheScott.net | | $988.00* |
| ☐ TheLifeOfScott.com | | $1,388.00* |
| ☐ ScottDowns.com | | $588.00* |
| **Similar Domains** | | |
| ☐ the-scott**site**.com | SAVE! | $9.99*/yr |
| ☐ **my**the-scott.com | SAVE! | $9.99*/yr |
| ☐ the-scott**online**.com | SAVE! | $9.99*/yr |
| ☐ **new**the-scott.com | SAVE! | $9.99*/yr |
| ☐ the-scott**store**.com | SAVE! | $9.99*/yr |
| ☐ **free**the-scott.com | SAVE! | $9.99*/yr |
| ☐ the-scott**now**.com | SAVE! | $9.99*/yr |
| ☐ **best**the-scott.com | SAVE! | $9.99*/yr |

**Domains available at Go Daddy Auctions®:**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| Hawaiian Art Network, LLC, a Hawaiian Limited Liability Corporation, <br><br> _____ <br> Plaintiff <br><br> v. <br><br> The Scott. LLC, Does 1-10 <br> inclusive <br> _____ <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. CV 12-3427 -ODW <br> (RZx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Scott, LLC
960 Stradella Rd.
Los Angeles, CA 90077

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   K. Brian Matlock
Matlock Law Group, PC
1485 Treat Blvd., Suite200
Walnut Creek, CA 94597

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   APR 2 0 2012     _____
                                           *Signature of Clerk or Deputy Clerk*

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Hawaiian Art Network, LLC, A Hawaiian Limited Liability Corporation

**DEFENDANTS**
The Scott, LLC and Does 1-10

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
K. Brian Matlock
Matlock Law Group, PC
1485 Treat Blvd., Suite 200, Walnut Creek, CA 94597

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 USC Section 101 et seq., 17 USC Section 1202(b), et seq.,
Brief description of cause:
Violation of Federal Copyright Act, Violation of Digital Millennium Copyright Act for Registration # VA 1-695-555

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 04/17/2012

SIGNATURE OF ATTORNEY OR RECORD
*K. Brian Matlock*

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

CV12-3427

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)    ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Hawaii |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _K Brian Matlock_   Date  _4/19/2012_

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |