UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWAIIAN ART NETWORK LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>THE SCOTT LLC; and DOES 1–10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:12-cv-3427-ODW(RZx)<br><br>**ORDER TO SHOW CAUSE** |

　　　　Under Federal Rule of Civil Procedure 4(m), Defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on April 19, 2012—no proof of service has been filed with the Court, and no Defendants have appeared in this case. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Defendants have not been timely served. Plaintiff has 7 days to comply with this order; or if Defendants have been served, Plaintiff has 7 days to file the proofs of service. Failure to respond will result in dismissal of this action.

　　　　**IT IS SO ORDERED.**

　　　　September 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**